CHARLES F. NICHOLS, Respondent, *v.* THE WEED SEWING MACHINE COMPANY, Impleaded, etc., Appellant.

(Argued December 3, 1884 ; decided December 19, 1884.)

*Walter Lloyd Smith* for appellant.

*A. D. Wales* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

THOMAS EAMES, Appellant, *v.* THE CITY OF BROOKLYN, Respondent.

(Argued November 25, 1884 ; decided December 19, 1884.)

*William Sullivan* for appellant.

*John A. Taylor* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JOHN FLOOD, Appellant, *v.* JAMES DOOLEY, Jr., Respondent.

(Argued December 4, 1884 ; decided December 19, 1884.)

*J. F. Crawford* for appellant.

*Nathaniel C. Moak* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.